IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SEVERO SANCHEZ DELATORRE, | ) |
| Plaintiff, | ) |
| v. | ) CV 105-157 |
| LOGAN MARSHALL, Sheriff, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. The Magistrate Judge recommended that the instant case be dismissed because Plaintiff failed to exhaust available administrative remedies. (Doc. no. 15.) Rather than filing objections, Plaintiff has filed a motion wherein he complains of inadequate medical care. (Doc. no. 17.) Plaintiff does not dispute the Magistrate Judge's findings or his conclusion. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice. Plaintiff's "Motion for Proper Medical Care for My Back" is **DENIED** as **MOOT**. (Doc. no. 17).

SO ORDERED this 27th day of June, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE